

# Fourth Court of Appeals
## San Antonio, Texas

May 18, 2021

No. 04-21-00141-CV

**IN THE INTEREST OF J.L.W., CHILDREN**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01086
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Texas Rule of Appellate Procedure 35.1 requires the appellate record in an accelerated appeal to be filed within ten days after the notice of appeal is filed. TEX. R. APP. P. 35.1(b). The notice of appeal was filed on April 13, 2021. Accordingly, the reporter's record in this case was due on April 23, 2021. Neither a reporter's record nor a notice of later reporter's record was filed by April 23, 2021.

On May 17, 2021, the court reporter filed a notice of late record requesting an extension to June 14, 2021 to file reporter's record. Rule 35.3(c) permits an appellate court to extend the deadline to file the record, but limits each extension to ten days in an accelerated appeal. TEX. R. APP. P. 35.3(c). Further, with regard to parental termination appeals, Rule 28.4(b)(2) states that while an appellate court may extend the deadline to file the record, "the extension or extensions granted must not exceed 30 days cumulatively, absent extraordinary circumstances." TEX. R. APP. P. 28.4(b)(2).

The court reporter states in her notification that she is working on other appeals and needs additional time. Because she is working on those additional records, we will grant the extension, however, we do not consider working on other appeals an extraordinary circumstance. Although we understand there are competing demands on the court reporter's time, these demands do not constitute extraordinary circumstances and cannot justify lengthy delays in filing the record and potential prejudice to appellant's rights. If the court reporter is unable to perform all her duties and complete the record in a timely manner, she must take whatever steps are necessary, including requesting a substitute reporter or hiring competent assistance, to file the record by the date ordered. *See* TEX. R. APP. P. 28.4(b)(1) ("In addition to the responsibility imposed on the trial court in Rule 35.3(c), when the reporter's responsibility to prepare, certify and timely file the reporter's record arises under Rule 35.3(b), the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record.

The trial court must arrange for a substitute reporter, if necessary.").

We therefore GRANT IN PART AND DENY IN PART the court reporter's request for additional time and ORDER her to file the record **on or before May 27, 2021**. **GIVEN THE TIME CONSTRAINTS GOVERNING THE DISPOSITION OF THIS APPEAL, FURTHER REQUESTS FOR EXTENSIONS OF TIME WILL BE DISFAVORED.**

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court